**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICARDO PEREZ-FLORES,

Defendant.

Case No. 2:26-mj-~~000702-MDC~~ 00861-EJY

**Order Directing Probation to Prepare a Criminal History Report ~~[Proposed]~~**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 16 day of November, 2026.

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE